Jack Silver, Esq. SB #160575
Email: lhm28843@sbcglobal.net
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675

David J. Weinsoff, Esq. SB #141372
Email: david@weinsofflaw.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Fax. (415) 460-9762

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3),nonprofit, public benefit Corporation,<br><br>   Plaintiff,<br>v.<br><br>SOILAND CO., INC.; MARK SOILAND; DOES 1 - 10, Inclusive,<br><br>   Defendants. | CASE NO.: 4:14-cv-02314 KAW<br><br>**NOTICE OF SETTLEMENT AND OF PENDING REVIEW BY UNITED STATES DEPARTMENT OF JUSTICE** |

   NOTICE IS HEREBY GIVEN by Plaintiff CALIFORNIA RIVER WATCH, that this matter has been resolved in its entirety by way of written Settlement Agreement effective October 4, 2014. A copy of the Settlement Agreement has been provided this date to the U.S. States Department of Justice for a mandatory 45-day agency review pursuant to 33 U.S.C. § 1365(c)(3).   Pursuant to Section 4.2 of said Settlement Agreement, a dismissal of this action with prejudice shall be filed by Plaintiff upon termination of the agency review period.

Dated: October 4, 2014           */s/ David J. Weinsoff*
                                  David J. Weinsoff
                                  Attorney for Plaintiff
                                  CALIFORNIA RIVER WATCH