Jack Silver, Esq. SB   #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax.(707) 528-8675
lhm28843@sbcglobal.net

David J. Weinsoff, Esq. SB #141372
LAW OFFICE OF DAVID WEINSOFF
138 Ridgeway Avenue
Fairfax, CA 94930-1210
Tel. (415) 460-9760
Fax. (415) 460-9762
Email: david@weinsofflaw.com

Attorneys for Plaintiff:
CALIFORNIA RIVER WATCH


Clayton E. Clement, Esq. SB #42751
Jeffrey S. Lyons, Esq. SB #227277
CLEMENT, FITZPATRICK & KENWORTHY
3333 Mendocino Avenue, Suite 200
Santa Rosa, CA 95403
Tel. 707-568-2202
Fax. 707-922-6180
Email: cclement@cfk.com

Attorneys for Defendants
SOILAND CO., INC., and MARK SOILAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3), non-profit, public benefit Corporation,<br><br>    Plaintiff,<br>  v.<br><br>SOILAND CO., INC., MARK SOILAND, DOES 1 – 10, INCLUSIVE,<br><br>    Defendants.<br>_____/ | CASE NO.: 4:14-cv-02314 KAW<br><br>**[PROPOSED] ORDER ON STIPULATION #2 EXTENDING TIME TO ANSWER RE: SETTLEMENT** |

The parties to the above-entitled action have reached a settlement.  On September 30,

1  2014, the parties filed a stipulation providing defendants until December 1, 2014 to file a
2  responsive pleading in this matter to ensure compliance with the statutory requirement
3  providing the United States Department of Justice with a 45-day period (as set forth in 33
4  U.S.C. §1365(c)) to review the settlement reached by the parties.
5        Based on the stipulation of the parties, the deadline for defendants answer is extended to
6  December 1, 2014.   The case management conference currently set for November 4, 2014 is
7  continued to January 6, 2015.
8        IT IS SO ORDERED.

DATED: 10/06/2014

Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE