Jack Silver, Esq. SB #160575
Email: lhm28843@sbcglobal.net
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675

David J. Weinsoff, Esq. SB #141372
Email: david@weinsofflaw.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Fax. (415) 460-9762

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3), nonprofit, public benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOILAND CO., INC.; MARK SOILAND; DOES 1 - 10, Inclusive,<br><br>Defendants. | CASE NO.: 4:14-cv-02314 KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br>**[FRCP § 41(a)(1)(A)(i)]** |

Pursuant to FRCP § 41(a)(1)(A)(i), NOTICE IS HEREBY GIVEN that Plaintiff CALIFORNIA RIVER WATCH hereby dismisses the above-entitled action in its entirety with prejudice.

DATED: November 20, 2014            LAW OFFICE OF JACK SILVER

                                                     /s/ Jack Silver
                                                    Jack Silver
                                                    Attorney for Plaintiff
                                                    CALIFORNIA RIVER WATCH